```
                                              FILED
                                        U.S. DISTRICT COURT
                                        DISTRICT OF WYOMING

     IN THE UNITED STATES DISTRICT COURT  2012 MAR 15  PM 6 06

      FOR THE DISTRICT OF WYOMING  STEPHAN HARRIS, CLERK
                                            CASPER
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. 12cr71-S |
| | ) | |
| Plaintiff, | ) | **Ct. 1:** 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) |
| | ) | (Attempted Receipt of Child Pornography) |
| v. | ) | |
| | ) | **Ct. 2:** 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) |
| **BARRY KELSEY,** | ) | (Attempted Distribution of Child |
| | ) | Pornography) |
| Defendant. | ) | |
| | ) | **Cts. 3-4:** |
| | ) | 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) |
| | ) | (Possession of Child Pornography) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about January 31, 2012, in the District of Wyoming, the Defendant, **BARRY KELSEY**, did knowingly attempt to receive one or more digital images of child pornography using a means and facility of interstate commerce, namely the Internet.

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1).

### COUNT TWO

On or about February 2, 2012, in the District of Wyoming, the Defendant, **BARRY KELSEY**, did knowingly attempt to distribute one or more images of child pornography using a means and facility of interstate commerce, namely the Internet.

In violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1).

## COUNT THREE

On or about March 8, 2012, in the District of Wyoming, the Defendant, **BARRY KELSEY**, did knowingly possess a 500 GB Western Digital hard drive, bearing serial # WX40AC9F1253, containing one or more images of child pornography, said image or images of child pornography having been produced by materials, including the aforesaid 500 GB Western Digital hard drive, that had been mailed and shipped in interstate commerce.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

## COUNT FOUR

On or about March 8, 2012, in the District of Wyoming, the Defendant, **BARRY KELSEY**, did knowingly possess a 4.7 GB DVD-R, labeled "DR+MAL," containing one or more images of child pornography, said image or images of child pornography having been produced by materials, including a laptop computer and the aforesaid DVD-R, that had been mailed and shipped in interstate commerce.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

A TRUE BILL:

_Kevin J. Frank_
FOREPERSON

_M. Crofts_
CHRISTOPHER A. CROFTS
United States Attorney

# PENALTY SUMMARY

**DEFENDANT NAME:**     BARRY KELSEY

**DATE:**     March 13, 2012

**INTERPRETER NEEDED:**     \_\_\_\_ Yes     ✓ No

**VICTIM:**     \_\_\_\_ Yes     \_\_\_\_ No     ✓ Unknown

**SEAL CASE:**     \_\_\_\_ Yes     ✓ No

**OFFENSE:**     Ct. 1:     18 U.S.C. § 2252A(a)(2)(A) and (b)(1)
**(Attempted Receipt of Child Pornography)**

PENALTIES:
NLT 5 OR MORE THAN 20 YEARS IMPRISONMENT
$250,000 FINE
NLT 5 YEARS OR MORE THAN A LIFE TERM OF SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**OFFENSE:**     Ct. 2:     18 U.S.C. § 2252A(a)(2)(A) and (b)(1)
**(Distribution of Child Pornography)**

PENALTIES:
NLT 5 OR MORE THAN 20 YEARS IMPRISONMENT
$250,000 FINE
NLT 5 YEARS OR MORE THAN A LIFE TERM OF SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**OFFENSE:**     Cts. 3-4:     18 U.S.C. § 2252A(a)(2)(A) and (b)(1)
**(Possession of Child Pornography)**

PENALTIES:
NMT 10 YEARS IMPRISONMENT
$250,000.00 FINE
NLT THAN 5 OR MORE THAN A TERM OF LIFE SUPERVISED RELEASE
$100 SPECIAL ASSESSMENT

**TOTALS:**     NLT 5 OR MORE THAN 60 YEARS IMPRISONMENT
$750,000 FINE
NLT THAN 5 OR MORE THAN A TERM OF LIFE
SUPERVISED RELEASE
$300 SPECIAL ASSESSMENT

**AGENT:**   Brent Metcalfe/DCI-ICAC   **AUSA:**   James C. Anderson

**ESTIMATED TIME OF TRIAL:**   ✓ 1-5 days   ____ more than 5 days

**THE GOVERNMENT WILL SEEK DETENTION IN THIS CASE:**

   ✓ Yes   ____ No

The court should not grant bond because the Defendant is not bondable because there are detainers from other jurisdictions:

   ____ Yes   ____ No