# CRIMINAL MINUTE SHEET

☐ Arraignment / Change of Plea ☑

Date 05/17/12
Time 11:55-12:14

Case No. 12cr071-S
Interpreter
Int. Phone

## USA vs. Barry Kelsey

| Scott W. Skavdahl | Darci Smith | Jamie Hendrich | Karen Bila | Berg/Schauer |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

APPEARANCES  Government  Todd Shugart obo James Anderson

Defendant  James Barrett obo David Weiss

☐ CJA  ☐ FPD  ☐ RET  ☐ WAIVED

☐ Defendant waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s) 1 of an Indictment
☐ Nolo Contendre

**NOT GUILTY PLEA**

☐ Court accepts Nolo Contendre Plea
☐ Court orders discovery per Rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☐ Motions to be filed in ____ days or on/before
☐ Trial date set for ____ at ____
   In ____
☐ Speedy trial expires on ____
☐ Other

**GUILTY PLEA**

☑ Court is satisfied there is factual basis for plea of guilty
☑ Defendant referred to probation for presentence investigation
☑ Defendant advised on consequences of a plea of guilty
☑ Plea Agreement filed
☑ Sentencing set for August 1, 2012 at 2:45 pm
   In Casper
☑ Plea conditionally accepted
☑ Count(s) 2, 3 & 4 to be dismissed at time of sentencing

**BOND IS**  ☑ Defendant is detained
☐ Set at $ ____   ☐ Cash or Surety  ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Continued on bond with the additional conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of ____
☐ Report to Pretrial Services as directed
☐ Maintain current residence
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Submit to drug/alcohol testing
☐ Surrender passport to ____
☐ Obey all laws. Federal, State and Local
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other

☐ Seek/Maintain employment
☐ Travel restricted to ____
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess
☐ Avoid all contact with
☐ Post property or sum of money ____
☐ Do not obtain passport